# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Sirajuddin Shaik | ) | ASBCA No. 60753 |
| | ) | |
| Under Contract No. DACA 45-5-13-4100 | ) | |

APPEARANCE FOR THE APPELLANT: Mr. Sirajuddin Shaik

APPEARANCES FOR THE GOVERNMENT: Thomas H. Gourlay, Jr., Esq.
   Engineer Chief Trial Attorney
Melissa M. Head, Esq.
   Engineer Trial Attorney
   U.S. Army Engineer District, Omaha

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 29 March 2017

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60753, Appeal of Sirajuddin Shaik, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals